COMMONWEALTH of Pennsylvania,
Respondent

v.

Tyler Steven MARLATT, Petitioner

No. 265 MAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Lydia GRINE, Petitioner

No. 290 MAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael NORTON, Petitioner

No. 262 MAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue presented by Petitioner and rephrased for clarity is:

Whether a defendant's assertion of innocence based on the sufficiency of the evidence and his inability to reconcile entering a plea when *he* maintained his innocence well before the time of his sentencing and when the Commonwealth made no argument of prejudice, is sufficient to establish a fair and just reason for withdrawing his plea of nolo contendere?